**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

VARILEASE FINANCE, INC. and
VFI KR SPE I LLC,

        Plaintiffs,

vs.

SHAW ALMEX FUSION, LLC, SHAW-
ALMEX INDUSTRIES LTD, SHAW
ALMEX AFRICA (PTY) LTD, AND
BRISTOL HERRINGTON, INC.,

        Defendants.

Case No. 2:24-cv-12823
District Judge Susan K. DeClercq
Magistrate Judge Anthony P. Patti

_____

## CONSENT JUDGMENT

This comes before the Court on the Motion of Plaintiffs Varilease Finance,

Inc. and VFI KR SPE I LLC (collectively "Plaintiffs") to Enter a Consent Judgment

against Defendants Shaw Almex Fusion, LLC, Shaw-Almex Industries LTD, Shaw

Almex Africa (PTY) Ltd, and Bristol Herrington, Inc. ("Defendants"), supported by

an accompanying declaration of Plaintiffs. Plaintiffs' Motion establishes

Defendants' breach of the settlement agreement and accordingly:

IT IS HEREBY ORDERED that judgment is now entered in favor of Plaintiffs

and against: (a) Defendants Shaw Almex Fusion, LLC and Shaw-Almex Industries

LTD in the amount of $4,401,321.03 (calculated by taking $4,401,321.03, less

payments made under the settlement agreement in the amount of $0.00), plus interest at 12% per annum, taxes, and attorney fees incurred in the entry hereof; (b) Defendant Bristol Herrington, Inc. in the amount of $3,254,518.31 (calculated by taking $3,254,518.31, less payments made under the settlement agreement in the amount of $0.00), plus interest at 12% per annum, taxes, and attorney fees incurred in the entry hereof; and (c) Defendant Shaw Almex Africa (PTY) Ltd. in the amount of $1,146,802.72 (calculated by taking $1,146,802.72, less payments made under the settlement agreement in the amount of $0.00), plus interest at 12% per annum, taxes, and attorney fees incurred in the entry thereof.[1]  Plaintiffs may file, at a later date, supplemental pleadings or declarations to supplement and/or increase the above judgment amounts to include interest accrued, taxes due and owing and reasonable costs and attorneys' fees incurred in enforcing this Judgment.

IT IS FURTHER ORDERED THAT the Defendants shall return all the Schedule No. 01 equipment and Schedule No. 02 equipment (as identified in the Complaint in this matter) to Plaintiffs within thirty calendar days of the entry of this Judgment at a location designated by Varilease upon entry of this Consent Judgment.

---

[1] For purposes of clarity, the judgment amounts are not intended to be cumulative. Shaw-Almex Industries Ltd and Shaw Almex Fusion, LLC are jointly and severally liable for the full amount of $4,401,321.03; Bristol Herrington, Inc. is jointly and severally liable for $3,254,518.31 of the $4,401,321.03; and Shaw Almex Africa (PTY) Ltd. is jointly and severally liable for $1,146,802.72 of the $4,401,321.03.

IT IS FURTHER ORDERED THAT, in the event Defendants fail to return the Schedule No. 01 equipment and Schedule No. 02 equipment as required by this Judgment, Plaintiffs are granted an Order of Replevin allowing Plaintiffs to obtain possession of the Schedule No. 01 equipment and Schedule No. 02 equipment and authorizing the appropriate law enforcement agency to seize and deliver such equipment to Plaintiffs.

IT IS FURTHER ORDERED THAT Plaintiffs are entitled to a decree of foreclosure on their lien against all assets of Defendants Shaw Almex Fusion LLC and Bristol Herrington Inc. and to enforce their perfected security interest and lien in such assets by taking immediate possession thereof.

IT IS FURTHER ORDERED that this Court retains jurisdiction over this matter for purposes of enforcing this judgment.

IT IS SO ORDERED.

/s/Susan K. DeClercq
_____

U.S. DISTRICT COURT JUDGE

Dated: 7/09/2025